IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRANKI CHIPMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHECK CITY PARTNERSHIP, LLC,<br><br>Defendant. | ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL<br><br>Case No. 2:25-cv-00468-JNP-CMR<br><br>Chief District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Cecelia M. Romero |
| RICK GURULE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CCI FINANCIAL INC., d/b/a CheckCityCashing.com,<br><br>Defendant. | Case No. 1:25-CV-00133-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |
| ELIZABETH BRADY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CCI FINANCIAL, INC., d/b/a CHECK CITY or CHECKCITY.COM,<br><br>Defendant. | Case No. 2:25-cv-00809-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

| | |
|---|---|
| VINICIUS OLIVEIRA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CCI FINANCIAL INC., d/b/a CheckCityCashing.com,<br><br>    Defendant. | Case No. 2:25-cv-00810-HCN-CMR<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |
| MICHELE OBRITZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br><br>CCI FINANCIAL INC., d/b/a CheckCityCashing.com,<br><br>    Defendant. | Case No. 2:25-cv-00813-TC<br><br>District Judge Tena Campbell |
| JEREMY JENKINS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>CCI FINANCIAL INC., d/b/a CheckCityCashing.com,<br><br>    Defendant. | Case No. 2:25-cv-00815-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

| | |
|---|---|
| CHELSEY DEWITT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CCI FINANCIAL INC., d/b/a CheckCityCashing.com,<br><br>        Defendant. | Case No. 2:25-cv-00817-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |
| JOHNATHON HIATT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CCI FINANCIAL INC., d/b/a CHECK CITY or CHECKCITY.COM,<br><br>        Defendant. | Case No. 2:25-cv-00819-DAO<br><br>Magistrate Judge Daphne A. Oberg |
| VICILIA CASTRO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CCI FINANCIAL INC., d/b/a CHECK CITY or CHECKCITY.COM,<br><br>        Defendant. | Case No. 1:25-TS-CV-00140<br><br>Judge Ted Stewart<br><br>Chief Magistrate Judge Ceclia M. Romero |

| | |
|---|---|
| MATTHEW WHEELER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TOSH, INC.,<br><br>    Defendant. | Case No. 1:25-cv-00141-AMA-DBP<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Dustin B. Pead |

The Court has reviewed the Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel (the "Motion") submitted by Plaintiffs Franki Chipman, Rick Gurule, Elizabeth Brady, Vinicius Oliveira, Michele Obritz, Jeremy Jenkins, Chelsey Dewitt, Johnathon Hiatt, Matthew Wheeler, and Vicilia Castro, and has determined that the requested consolidation and appointment of Interim Co-lead Class Counsel will promote judicial efficiency and orderly case management while avoiding unnecessary cost and delay.

Therefore, **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1.    Pursuant to Federal Rule of Civil Procedure 42(a) and DUCivR 42-1, the Court hereby consolidates *Franki Chipman v. Check City Partnership, LLC*, No. 2:25-cv-00468, filed on

June 12, 2025, with *Gurule v. CCI Financial Inc. d/b/a CheckCityCashing.com*, No. 1:25-cv-00133, *Brady v. CCI Financial Inc. d/b/a Check City or CheckCity.com*, No. 2:25-cv-00809, *Oliveira v. CCI Financial Inc. d/b/a CheckCityCashing.com*, No. 2:25-cv-00810, *Obritz v. CCI Financial Inc. d/b/a CheckCityCashing.com*, No. 2:25-cv-00813, *Jenkins v. CCI Financial Inc. d/b/a CheckCityCashing.com*, No. 2:25-cv-00815, *Dewitt v. CCI Financial Inc. d/b/a CheckCityCashing.com*, No. 2:25-cv-00817, *Hiatt v. CCI Financial Inc d/b/a Check City or CheckCity.com*, No. 2:25-cv-00819, *Matthew Wheeler v. Tosh Inc.*, Case No. 1:25-cv-141, filed on September 19, 2025, and *Castro v. CCI Financial Inc d/b/a Check City or CheckCity.com,* No. 1:25-cv-00140, filed on September 19, 2025 (each a "Related Action" and together the "Consolidated Action") under the docket number of the *Chipman* case: 2:25-cv-00468 ("Master Docket") and captioned *In Re CCI Financial Data Litigation*.

2.      No further filings shall be made in Case No. No. 1:25-cv-00133, Case No. 2:25-cv-00809, Case No. 2:25-cv-00810, Case No. 2:25-cv-00813, Case No. 2:25-cv-00815, Case No. 2:25-cv-00817, Case No. 2:25-cv-00819, Case No. 1:25-cv-141, and Case No. 1:25-cv-00140, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of the Consolidated Complaint. The Consolidated Complaint shall be filed within thirty (30) days of the appointment of interim lead counsel. A response shall be filed within thirty (30) days of the filing of the Consolidated Complaint. This Order shall apply to any subsequently filed putative class action alleging the same or substantially similar allegations.

3.      Pursuant to Federal Rule of Civil Procedure 23(g), and having considered the factors in Rule 23(g)—including, without limitation, Rule 23(g)(1)(A)(i–iv), Rule 23(g)(1)(B), and Rule 23(g)(4)—the Court hereby appoints Leanna A. Loginov of Shamis & Gentile, P.A.,

5

Brittany Resch of Strauss Borrelli PLLC, John Nelson of Milberg, PLLC, Grayson Wells of Stranch, Jennings & Garvey, PLLC, and Kenneth Grunfeld of Kopelowitz Ostrow P.A. as Interim Co-Lead Class Counsel.

4.      All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

5.      Interim Co-Lead Class Counsel will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative class and to provide general supervision of the activities of Plaintiffs' counsel in the Consolidated Action. Specifically, Interim Co-Lead Class Counsel shall have the following responsibilities, duties, and sole authority to:

a.      Draft and file a master consolidated complaint, and have final authority regarding what claims and parties are to be included;

b.      Determine and present in pleadings, briefs, motions, oral argument, or such other fashion as may be appropriate, personally or by a designee, to the Court and opposing parties the position of Plaintiffs and the putative class on matters arising during the pretrial proceedings;

c.      Coordinate and conduct discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure and the rules of this Court;

d.      Consult with and employ consultants and/or expert witnesses;

e.      Draft and file a motion for class certification on behalf of Plaintiffs and the putative class;

f.    Conduct all pre-trial proceedings on behalf of Plaintiffs and the putative class;

g.    Enter into stipulations and agreements with Defendant;

h.    Sign all papers filed on behalf of Plaintiffs and the putative class;

i.    Convene meetings of all Plaintiffs' counsel, as necessary;

j.    Form task-specific subcommittees of Plaintiffs' counsel, as appropriate;

k.    Conduct settlement negotiations with Defendant;

l.    Maintain an up-to-date service list of all Plaintiffs' counsel for all consolidated cases, and promptly advise the Court and Defendant's counsel of changes thereto;

m.    Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings correspondence, and other documents from Defendant's counsel or the Court;

n.    Appear at Court-noticed status conferences and hearings;

o.    Be the contact persons for all Plaintiffs' counsel and as the attorneys of record with whom the Court will be dealing throughout the course of the litigation;

p.    Delegate specific tasks to other Plaintiffs' counsel in a manner to avoid duplicative efforts and ensure that pretrial preparation for Plaintiffs and the putative class is conducted effectively, efficiently, and economically;

q.    Otherwise coordinate the work of all Plaintiffs' counsel, and perform such other duties as the Interim Co-Lead Class Counsel deem necessary to advance the litigation or as authorized by further Order of the Court;

r.  Maintain and collect time and expense records for work performed, time billed, costs incurred, and other disbursements made by Plaintiffs' counsel whose work Interim Co-Lead Class Counsel has specifically authorized, and submit at the Court's request, in writing, *ex parte* and *in camera* reports to the Court regarding time billed in the prosecution of this action;

s.  Fund the necessary and appropriate costs of discovery and other common benefit efforts; and

t.  Perform such other functions as necessary to effectuate these responsibilities or as may be expressly authorized by further Order of the Court.

6.  All other Plaintiffs' counsel who are or may become involved in the Consolidated Action are prohibited from taking any action on behalf of the putative class in this Consolidated Action without advance authorization from Interim Co-Lead Class Counsel, except for an application to modify or be relieved from this Order.

DATED January 9, 2026

BY THE COURT

Jill N. Parrish
United States District Court Judge