# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In re CCI Financial Data Litigation* | **ORDER GRANTING [41] STIPULATED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Case No. 2:25-cv-00468-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Ceclia M. Romero |

Based on the parties' Stipulated Motion for Extension to Respond to Plaintiffs' Consolidated Class Action Complaint (Motion) (ECF 41), and finding good cause appearing, IT IS HEREBY ORDERED THAT the Motion is GRANTED. Accordingly, Defendant may file its response to the Class Action Complaint (ECF 37) on or before April 1, 2026.

DATED this 25 March 2026.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah