Elaina M. Maragakis (7929)
A. Nichole Briceno (19461)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel: (801) 532-1500
emaragakis@rqn.com
nbriceno@rqn.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In re Check City Financial* | **STIPULATED MOTION TO STAY PROCEEDING** |
| | Case No.2:25-cv-00468-JCB |
| | Judge Jill N. Parrish |
| | Magistrate Judge Cecilia M. Romero |

The parties in this matter jointly stipulate and move the court for entry of the attached proposed Order Granting Stipulated Motion to Stay Proceeding for approximately 120 days.

The parties anticipate participating in mediation on September 17, 2026 with John DeGroote and request that this matter, including all existing deadlines, be stayed until after the parties have had sufficient time to mediate this matter, complete negotiations and notify the court of the outcome. A proposed order is submitted herewith.

STIPULATED:

*/s/ John Nelson (e-signature affixed with permission)*
*John Nelson on behalf of all Plaintiffs*