Elaina M. Maragakis (7929)
A. Nichole Briceno (19461)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
Tel: (801) 532-1500
emaragakis@rqn.com
nbriceno@rqn.com

*Attorneys for Defendant*

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| *In re Check City Financial* | **ORDER TO STAY PROCEEDING**<br><br>Case No.2:25-cv-00468-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Ceclia M. Romero |

The Court having considered the parties' Stipulated Motion to Stay Proceeding ("Motion") and for good cause appearing, hereby GRANTS the Motion. This matter, including all existing deadlines, shall be stayed for 120 days from the signing of this order, at which time the parties shall notify the Court of the outcome of the mediation and their settlement negotiations.

DATED this ___ day of _____, 2026.

_____
Ceclia M. Romero
Magistrate Judge

APPROVED:

*/s/ John Nelson (e-signature affixed with permission)*
*John Nelson on behalf of all Plaintiffs*